In the Matter of ROSE ROSENBERG, Respondent, against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Appellant.

(Submitted February 26, 1935; decided March 12, 1935.)

*Paul Windels, Corporation Counsel (Paxton Blair, Edmund L. Palmieri* and *Charles E. Ramsgate* of counsel), for appellant.

*Louis A. Tepper* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.